■ SRG PARTNERS, Appellant, v JULES T. ASCH et al., Respondents, et al., Defendant. [703 NYS2d 722] —Order, Supreme Court, New York County (Herman Cahn, J.), entered August 30, 1999, after a nonjury trial, dismissing the complaint as against defendants-respondents, and judgment, same court and Justice, entered thereon on September 21, 1999, unanimously affirmed, with costs.

Defendants-respondents' statements concerning predictions

of future events cannot form the basis for a fraud cause of action (*see, Beltrone v General Schuyler & Co.*, 223 AD2d 938, 941). In any event, the record supports the court's determination that plaintiff failed to prove, by clear and convincing evidence (*see, Abrahami v UPC Constr. Co.*, 224 AD2d 231, 234), the elements of its fraud claims against defendants-respondents (*see, Lama Holding Co. v Smith Barney*, 88 NY2d 413, 421). Concur—Sullivan, P. J., Rosenberger, Mazzarelli and Andrias, JJ.